VILLAGE OF POMONA, Appellant, v TOWN OF RAMAPO et al., Respondents.

Submitted August 27, 2007; decided November 20, 2007

Reported below, 41 AD3d 837.

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.